| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-17884 / CMG**

Nora E. Cucalon

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/02/2021 | $221.00 | 27469078975 | 12/03/2021 | $221.00 | 26838384851 | 01/03/2022 | $221.00 | 26838396990 |
| 02/01/2022 | $221.00 | 27645809973 | | | | | | |

**Total Receipts for the Period: $884.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $884.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nora E. Cucalon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven A Serna, Esq<br>»» AMD DISCLOSURE 12/16/21 - THRU PLAN | Attorney Fees<br>No Disbursements: No Check | $2,000.00 | $0.00 | $2,000.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $745.00 | $0.00 | $0.00 |
| 2 | KOHL'S | Unsecured Creditors | $598.35 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $881.64 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $1,101.44 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $413.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/THE CHIDREN'S PLACE | Unsecured Creditors | $458.73 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/VICTORIA'S SECRET | Unsecured Creditors | $412.33 | $0.00 | $0.00 |
| 8 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» MONMOUTH EMERG MED ASSOC LLC | Unsecured Creditors | $486.49 | $0.00 | $0.00 |
| 9 | LARIDIAN CONSULTING INC<br>»» DIRECT MERCHANTS | Unsecured Creditors | $2,945.79 | $0.00 | $0.00 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,494.92 | $0.00 | $0.00 |
| 11 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,011.37 | $0.00 | $0.00 |
| 12 | US BANK NATIONAL ASSOCIATION<br>»» P/137 MARINA BAY CT/1ST MTG | Mortgage Arrears | $138,860.68 | $0.00 | $0.00 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY | Unsecured Creditors | $8,094.15 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-17884 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $884.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $221.00 |
| Paid to Trustee: | $74.24 | Arrearages: | $0.00 |
| Funds on Hand: | $809.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

