Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.: 21−17884−CMG
>Chapter: 13
>Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nora E. Cucalon
   137 Marina Bay Court
   Highlands, NJ 07732

Social Security No.:
   xxx−xx−6221

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2022.

Dated: June 16, 2022
JAN: dmi

>Jeanne Naughton
>Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17884-CMG |
| Nora E. Cucalon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 16, 2022 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nora E. Cucalon, 137 Marina Bay Court, Highlands, NJ 07732-1566 |
| 519326528 | + | Integrated Medicine Alliance, PO Box 8519, Red Bank, NJ 07701-8519 |
| 519326529 | + | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519326531 | + | Laridian Consulting Inc., 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |
| 519459589 | + | Laridian Consulting, Inc., Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 519326532 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 519472733 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519326534 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519326541 | + | Waterfall Revenue Group, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326522 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 16 2022 20:39:00 | CCS, 725 Canton Street, Norwood, MA 02062-2679 |
| 519333494 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519326521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:44:28 | Capital One Bank Usa N, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326523 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:39:00 | Comenitybank/victoria, Po Box 182125, Columbus, OH 43218-2125 |
| 519326524 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 20:39:00 | Comenitycb/myplacerwds, Po Box 182125, Columbus, OH 43218-2125 |
| 519326525 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 20:43:50 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519326526 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 16 2022 20:38:00 | Fein Such Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 519326527 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 16 2022 20:43:52 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519461489 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2022 20:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519336233 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 20:38:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519326530 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 20:38:00 | Kohls/capone, Po Box 3043, Milwaukee, WI |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3043 |
| 519343495 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2022 20:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519326533 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 16 2022 20:38:00 | NJ EZ-Pass, 375 McCarter Hwy, Newark, NJ 07114 |
| 519442818 | | Email/Text: perituspendrick@peritusservices.com | Jun 16 2022 20:38:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519326535 | | Email/Text: info@phoenixfinancialsvcs.com | Jun 16 2022 20:38:00 | Phoenix Financial Services, LLC, Attn: Bankruptcy, PO Box 361450, Indianapolis, IN 46236 |
| 519459588 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 16 2022 20:38:00 | Philip A. Kahn, Esq., c/o Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519461797 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2022 20:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519343538 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 20:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519326536 | + | Email/Text: clientservices@remexinc.com | Jun 16 2022 20:38:00 | Remex Inc, Attn: Bankruptcy, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 519326537 | + | Email/Text: clientservices@remexinc.com | Jun 16 2022 20:38:00 | Remex Inc, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 519326538 | + | Email/Text: asmith@securitycreditservicesllc.com | Jun 16 2022 20:38:00 | Security Credit Servic, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 519326539 | + | Email/Text: asmith@securitycreditservicesllc.com | Jun 16 2022 20:38:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 519326540 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2022 20:39:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519463064 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2022 20:39:00 | U.S. Bank N.A. as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519326541 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jun 16 2022 20:38:00 | Waterfall Revenue Group, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**  **Name and Address**
lm             *+                 Select Portfolio Servicing, Inc., 10401 Deerwood Park Blvd., Jacksonville, FL 32256-5007

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates, Series 2006-CH1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven A. Serna | on behalf of Debtor Nora E. Cucalon bk@sernaesq.com serna.stevenb104458@notify.bestcase.com;serna.stevenr107359@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5