| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-17884 / CMG

Nora E. Cucalon

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date: 06/15/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $221.00 | 26838396990 | 02/01/2022 | $221.00 | 27645809973 | 03/01/2022 | $221.00 | 27469079460 |
| 04/01/2022 | $221.00 | 27469081675 | 05/16/2022 | $1,000.00 | 27469087176 | 05/16/2022 | $925.00 | 27469087187 |
| 05/16/2022 | $1,000.00 | 27469087165 | 06/22/2022 | $925.00 | 27469088111 | 06/22/2022 | $1,000.00 | 27469088098 |
| 06/22/2022 | $1,000.00 | 27469088100 | 07/05/2022 | $2,925.00 | 85692410 | 08/08/2022 | $2,925.00 | 86348870 |
| 09/19/2022 | $2,925.00 | 87140040 | 10/04/2022 | $2,925.00 | 87450040 | 11/04/2022 | $2,925.00 | 88096940 |
| 12/08/2022 | $2,925.00 | 88704070 | 01/05/2023 | $2,925.00 | 89226510 | 02/03/2023 | $2,925.00 | 89788890 |
| 03/06/2023 | $2,925.00 | 90383740 | | | | | | |

**Total Receipts for the Period: $33,059.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $33,501.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nora E. Cucalon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven A Serna, Esq<br>»» AMD DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $745.00 | $0.00 | $745.00 |
| 2 | KOHL'S | Unsecured Creditors | $598.35 | $0.00 | $598.35 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE | Unsecured Creditors | $881.64 | $0.00 | $881.64 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE | Unsecured Creditors | $1,101.44 | $0.00 | $1,101.44 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE COMMUNITY HOSP | Unsecured Creditors | $413.00 | $0.00 | $413.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY/THE CHIDREN'S PLACE | Unsecured Creditors | $458.73 | $0.00 | $458.73 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $412.33 | $0.00 | $412.33 |
| 8 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» MONMOUTH EMERG MED ASSOC LLC | Unsecured Creditors | $486.49 | $0.00 | $486.49 |
| 9 | LARIDIAN CONSULTING INC<br>»» DJ-60684-11/CRAM BAL | Unsecured Creditors | $2,945.79 | $0.00 | $2,945.79 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,494.92 | $0.00 | $1,494.92 |
| 11 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,011.37 | $0.00 | $1,011.37 |
| 12 | US BANK NATIONAL ASSOCIATION<br>»» P/137 MARINA BAY CT/1ST MTG | Mortgage Arrears | $138,860.68 | $23,468.74 | $115,391.94 |

Chapter 13 Case No. 21-17884 / CMG

| | | | | | |
|---|---|---|---|---|---|
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADMIN FEES | Unsecured Creditors | $8,094.15 | $0.00 | $8,094.15 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,501.00 | Plan Balance: | $125,775.00 ** |
| Paid to Claims: | $25,468.74 | Current Monthly Payment: | $2,925.00 |
| Paid to Trustee: | $2,603.46 | Arrearages: | $0.00 |
| Funds on Hand: | $5,428.80 | Total Plan Base: | $159,276.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.