| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-17884 / CMG**

Nora E. Cucalon

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date: 06/15/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $2,925.00 | 89226510 | 02/03/2023 | $2,925.00 | 89788890 | 03/06/2023 | $2,925.00 | 90383740 |
| 04/10/2023 | $2,925.00 | 90974610 | 05/09/2023 | $2,925.00 | 91581370 | 06/12/2023 | $2,925.00 | 92182580 |
| 07/11/2023 | $2,925.00 | 92692140 | 08/07/2023 | $2,925.00 | 93159240 | 09/07/2023 | $2,925.00 | 93668580 |
| 10/11/2023 | $2,925.00 | 94258690 | 11/09/2023 | $2,925.00 | 94747550 | 12/11/2023 | $2,925.00 | 95239850 |
| 01/11/2024 | $2,925.00 | 95767700 | | | | | | |

**Total Receipts for the Period: $38,025.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $62,751.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nora E. Cucalon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven A Serna, Esq<br>»»  AMD DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $745.00 | $0.00 | $745.00 |
| 2 | KOHL'S | Unsecured Creditors | $598.35 | $0.00 | $598.35 |
| 3 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CREDIT ONE | Unsecured Creditors | $881.64 | $0.00 | $881.64 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CREDIT ONE | Unsecured Creditors | $1,101.44 | $0.00 | $1,101.44 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE COMMUNITY HOSP | Unsecured Creditors | $413.00 | $0.00 | $413.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY/THE CHIDREN'S PLACE | Unsecured Creditors | $458.73 | $0.00 | $458.73 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $412.33 | $0.00 | $412.33 |
| 8 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  MONMOUTH EMERG MED ASSOC LLC | Unsecured Creditors | $486.49 | $0.00 | $486.49 |
| 9 | LARIDIAN CONSULTING INC<br>»»  DJ-60684-11/CRAM BAL | Unsecured Creditors | $2,945.79 | $0.00 | $2,945.79 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,494.92 | $0.00 | $1,494.92 |
| 11 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,011.37 | $0.00 | $1,011.37 |
| 12 | US BANK NATIONAL ASSOCIATION<br>»»  P/137 MARINA BAY CT/1ST MTG | Mortgage Arrears | $138,860.68 | $50,548.38 | $88,312.30 |
| 13 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADMIN FEES | Unsecured Creditors | $8,094.15 | $0.00 | $8,094.15 |

Chapter 13 Case No. 21-17884 / CMG

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $62,751.00 | Plan Balance: | $96,525.00 ** |
| Paid to Claims: | $52,548.38 | Current Monthly Payment: | $2,925.00 |
| Paid to Trustee: | $4,838.18 | Arrearages: | $0.00 |
| Funds on Hand: | $5,364.44 | Total Plan Base: | $159,276.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.