| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Nora E. Cucalon<br><br><br><br>                                            Debtor(s) |

Case No.: 21-17884 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 3/12/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  3/12/2025                                                                                    /s/  Kierstyn Buchanan

                                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Nora E. Cucalon<br>137 Marina Bay Court<br>Highlands, NJ   07732 | Debtor(s) | Regular Mail |
| Steven A Serna, Esq<br>5300 Bergenline Ave,  Ste 300<br>West New York,  NJ   07093 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |