UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 21-17884 |
| Nora E. Cucalon, | Chapter: | 13 |
| Debtor. | Judge: | Christine M. Gravelle |

### NOTICE OF PROPOSED PRIVATE SALE

_____Nora E. Cucalon_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Clarkson S. Fisher U.S. Courthouse
Clerk's Office
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___May 21, 2025___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, ___402 East State Street Trenton, NJ 08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   137 Marina Bay Court
Highlands Boro, New Jersey (1-family home)

Proposed Purchaser:   Issac Moradi

Sale price:  $530,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Jaddy Franco of Coldwell Banker / Steven A. Serna, Esq. |
| Amount to be paid: | 3.78% commission (payable by Buyer not Seller) / $3,875.00 |
| Services rendered: | Realtor: Listing of realty over platforms to ensure best offer; obtained municipal certifications to permit sale; negotiated commission to be paid by proposed buyer instead of Debtor; coordinated closing.
Attorney: Legal services to Debtor since October 2024 reviewing offers; negotiation of Contract with proposed buyer to ensure highest return for benefit of Debtor's plan; draft conveyance documents; attend closing; disburse funds. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Steven A. Serna, Esq. |
| Address: | 5300 Bergenline Avenue, Suite 300, West New York, NJ 07093 |
| Telephone No.: | 201-392-0303 / Email: BK@SernaEsq.com |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-17884-CMG

Nora E. Cucalon     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Apr 23, 2025     Form ID: pdf905     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nora E. Cucalon, 137 Marina Bay Court, Highlands, NJ 07732-1566 |
| r | + | Jaddy Franco, Coldwell Banker Realty, 375 Park Ave, Suite 21, Fort Lee, NJ 07024-3793 |
| 519326528 | + | Integrated Medicine Alliance, PO Box 8519, Red Bank, NJ 07701-8519 |
| 519336233 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519326531 | + | Laridian Consulting Inc., 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |
| 519459589 | + | Laridian Consulting, Inc., Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519326532 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 519326534 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2025 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2025 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326522 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 23 2025 21:41:00 | CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 519333494 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2025 21:43:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519326521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 21:43:48 | Capital One Bank Usa N, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326523 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2025 21:40:00 | Comenitybank/victoria, Po Box 182125, Columbus, OH 43218-2125 |
| 519326524 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2025 21:40:00 | Comenitycb/myplacerwds, Po Box 182125, Columbus, OH 43218-2125 |
| 519326525 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 21:54:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519326526 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 23 2025 21:39:00 | Fein Such Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519326527 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 23 2025 22:06:01 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519461489 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2025 21:41:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519326529 | ^ | MEBN | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: pdf905 | Total Noticed: 35 |

| Recip ID | | Email Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 23 2025 21:38:21 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519326530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 22:05:56 | Kohls/capone, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519343495 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 21:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519326533 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 23 2025 21:39:00 | NJ EZ-Pass, 375 McCarter Hwy, Newark, NJ 07114-9801 |
| 519472733 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 23 2025 21:39:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519442818 | | Email/Text: perituspendrick@peritusservices.com | Apr 23 2025 21:39:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519459588 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 23 2025 21:39:00 | Philip A. Kahn, Esq., c/o Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519461797 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2025 21:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519343538 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2025 21:41:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519326536 | + | Email/Text: clientservices@remexinc.com | Apr 23 2025 21:39:00 | Remex Inc, Attn: Bankruptcy, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 519326537 | + | Email/Text: clientservices@remexinc.com | Apr 23 2025 21:39:00 | Remex Inc, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 519326538 | + | Email/Text: cs@securitycreditservicesllc.com | Apr 23 2025 21:39:00 | Security Credit Servic, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 519326539 | + | Email/Text: cs@securitycreditservicesllc.com | Apr 23 2025 21:39:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 519326540 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 23 2025 21:41:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519463064 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 23 2025 21:41:00 | U.S. Bank N.A. as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519326541 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Apr 23 2025 21:40:00 | Waterfall Revenue Group, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Select Portfolio Servicing, Inc., 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| 519326535 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy, PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 23, 2025 | Form ID: pdf905 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates, Series 2006-CH1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Steven A. Serna | on behalf of Debtor Nora E. Cucalon bk@sernaesq.com serna.stevenb104458@notify.bestcase.com;serna.stevenr107359@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5