UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650
(609) 587-6888

Order Filed on June 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Nora E. Cucalon

Debtor(s)

Case No.: 21-17884 / CMG

Hearing Date: 06/11/2025

Judge: Christine M. Gravelle

Chapter:  13

## AMENDED ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: June 27, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $89,276.00 paid to date

- Debtor(s) shall remit a lump sum payment of $10,000.00 to the Trustee by 6/18/25

- Debtor(s) shall remit $8,000.00 per month to the Trustee for 1 months beginning 7/18/25

- $3,467.00 per month for 15 months beginning 8/1/25

- The debtor is to schedule payments through TFS Autopay for payments beginning on August 10, 2025, and the 10th of each month thereafter. If any payment set forth in this Order is not completed within 7 days of the dates provided herein, the Trustee shall submit a certification to the Court, on notice to debtor's counsel, together with a form of Order, and the Court SHALL dismiss the debtor's case without need for any further hearing.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.