UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF STEVEN A. SERNA, LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201) 392-0303
Attorney for Debtor
By: Steven A. Serna, Esq.
Email: BK@SernaEsq.com

Order Filed on November 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nora E. Cucalon,

    Debtor.

Case No.: 21-17884

Hearing Date: 11/26/2025

Chapter: 13

Judge: Christine M. Gravelle

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form: ☐ Followed   ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: November 26, 2025**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ＿＿＿＿＿137 Marina Bay Ct, Highlands Boro＿＿＿＿＿, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale identifying Mr. Blake Roberts as buyer pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Ghazzaleh K. Sichani of Sotheby's Int'l Realty  / Steven A. Serna, Esq. |
| Amount to be paid: | $26,000 commission (5% total to be split with other agent) / $2,500 |
| Services rendered: | Realtor: Listing of realty over platforms to ensure best offer; obtained highest and best offer; obtained municipal certifications to permit sale; coordinated closing.<br>Attorney: Real Estate Legal services to Debtor: negotiation & revisions to Sales Contract; negotiations of inspection issues; review of title binder and exceptions; draft conveyance documents; attend closing. |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:
a. The provisions of the 14-day stay after entry of this Order under Bankruptcy Rule 6004(h) are waived and therefore the sale of the real estate may be conducted immediately.

b. The Debtor's authorization to sell the subject property shall expire 60 days from the date of entry of this Order, unless an Order extending time to close is entered by this Court upon application and proper notice.

*rev.1/12/22*