UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF STEVEN A. SERNA, LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201) 392-0303
Attorney for Debtor
By: Steven A. Serna, Esq.
Email: BK@SernaEsq.com

Order Filed on November 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nora E. Cucalon,

                Debtor.

Case No.: 21-17884

Hearing Date: 11/26/2025

Chapter: 13

Judge: Christine M. Gravelle

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:  ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: November 26, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____137 Marina Bay Ct, Highlands Boro_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale identifying Mr. Blake Roberts as buyer pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Ghazzaleh K. Sichani of Sotheby's Int'l Realty  / Steven A. Serna, Esq. |
| Amount to be paid: | $26,000 commission (5% total to be split with other agent) / $2,500 |
| Services rendered: | Realtor: Listing of realty over platforms to ensure best offer; obtained highest and best offer; obtained municipal certifications to permit sale; coordinated closing.<br>Attorney: Real Estate Legal services to Debtor: negotiation & revisions to Sales Contract; negotiations of inspection issues; review of title binder and exceptions; draft conveyance documents; attend closing. |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:
a. The provisions of the 14-day stay after entry of this Order under Bankruptcy Rule 6004(h) are waived and therefore the sale of the real estate may be conducted immediately.

b. The Debtor's authorization to sell the subject property shall expire 60 days from the date of entry of this Order, unless an Order extending time to close is entered by this Court upon application and proper notice.

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17884-CMG |
| Nora E. Cucalon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 26, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

**Recip ID         Recipient Name and Address**
db            + Nora E. Cucalon, 137 Marina Bay Court, Highlands, NJ 07732-1566

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

**Name                     Email Address**

Albert Russo
                docs@russotrustee.com

Cory Francis Woerner
                on behalf of Creditor U.S. Bank Trust Company  National Association cwoerner@raslg.com

Denise E. Carlon
                on behalf of Creditor U.S. Bank N.A. as trustee  on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates, Series 2006-CH1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                on behalf of Loss Mitigation Select Portfolio Servicing  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kenneth Borger, Jr
                on behalf of Creditor U.S. Bank N.A. as trustee  on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates, Series 2006-CH1 kborger@raslg.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 26, 2025 | Form ID: pdf903 | Total Noticed: 1

Steven A. Serna
    on behalf of Debtor Nora E. Cucalon bk@sernaesq.com
    serna.stevenb104458@notify.bestcase.com;serna.stevenr107359@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7