Certificate Number: 14912-NJ-DE-040561291

Bankruptcy Case Number: 21-17884



14912-NJ-DE-040561291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2026, at 1:08 o'clock PM EST, Nora Cucalon completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 29, 2026                          By:      /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor