**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nora E. Cucalon | Social Security number or ITIN   xxx–xx–6221 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  21–17884–CMG

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nora E. Cucalon

4/24/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-17884-CMG

Nora E. Cucalon                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                          Page 1 of 3
Date Rcvd: Apr 24, 2026                   Form ID: 3180W                                  Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nora E. Cucalon, 137 Marina Bay Court, Highlands, NJ 07732-1566 |
| r | + | Ghazzaleh Khosravi Sichani, Heritage House Sotheby's Int'l Realty, 1 West River Road, Rumson, NJ 07760-1416 |
| r | + | Jaddy Franco, Coldwell Banker Realty, 375 Park Ave, Suite 21, Fort Lee, NJ 07024-3793 |
| 519326528 | + | Integrated Medicine Alliance, PO Box 8519, Red Bank, NJ 07701-8519 |
| 519336233 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519326531 | + | Laridian Consulting Inc., 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |
| 519459589 | + | Laridian Consulting, Inc., Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519326532 | + | Monmouth County Sheriff's Office, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 519326534 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519326522 | + | EDI: CCS.COM | Apr 25 2026 01:10:00 | CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 519333494 | + | EDI: AIS.COM | Apr 25 2026 01:10:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519326521 | + | EDI: CAPITALONE.COM | Apr 25 2026 01:09:00 | Capital One Bank Usa N, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519326523 | + | EDI: WFNNB.COM | Apr 25 2026 01:09:00 | Comenitybank/victoria, Po Box 182125, Columbus, OH 43218-2125 |
| 519326524 | + | EDI: WFNNB.COM | Apr 25 2026 01:09:00 | Comenitycb/myplacerwds, Po Box 182125, Columbus, OH 43218-2125 |
| 519326525 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2026 21:48:34 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519326526 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 24 2026 21:46:00 | Fein Such Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519326527 | + | EDI: AMINFOFP.COM | Apr 25 2026 01:10:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |

| | | | |
|---|---|---|---|
| 519461489 | | EDI: JEFFERSONCAP.COM | |
| | | Apr 25 2026 01:10:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519326529 | ^ | MEBN | |
| | | Apr 24 2026 21:40:05 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519326530 | + | EDI: CAPITALONE.COM | |
| | | Apr 25 2026 01:09:00 | Kohls/capone, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519343495 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 24 2026 21:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519326533 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | |
| | | Apr 24 2026 21:46:00 | NJ EZ-Pass, 375 McCarter Hwy, Newark, NJ 07114-9801 |
| 519472733 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | |
| | | Apr 24 2026 21:46:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519442818 | | Email/Text: perituspendrick@peritusservices.com | |
| | | Apr 24 2026 21:46:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519459588 | + | Email/Text: ecourts.col_efilings@fskslaw.com | |
| | | Apr 24 2026 21:46:00 | Philip A. Kahn, Esq., c/o Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519461797 | + | EDI: JEFFERSONCAP.COM | |
| | | Apr 25 2026 01:10:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519343538 | | EDI: Q3G.COM | |
| | | Apr 25 2026 01:09:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519326536 | + | Email/Text: clientservices@remexinc.com | |
| | | Apr 24 2026 21:46:00 | Remex Inc, Attn: Bankruptcy, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 519326537 | + | Email/Text: clientservices@remexinc.com | |
| | | Apr 24 2026 21:46:00 | Remex Inc, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 519326538 | + | Email/Text: cs@securitycreditservicesllc.com | |
| | | Apr 24 2026 21:46:00 | Security Credit Servic, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 519326539 | + | Email/Text: cs@securitycreditservicesllc.com | |
| | | Apr 24 2026 21:46:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 519326540 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Apr 24 2026 21:48:00 | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519463064 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Apr 24 2026 21:48:00 | U.S. Bank N.A. as trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520636401 | + | Email/Text: RASEBN@raslg.com | |
| | | Apr 24 2026 21:46:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519326541 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | |
| | | Apr 24 2026 21:46:00 | Waterfall Revenue Group, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Select Portfolio Servicing, Inc., 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519326535 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy, PO Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0312-3                 User: admin                        Page 3 of 3

Date Rcvd: Apr 24, 2026              Form ID: 3180W                    Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                  Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust Company  National Association cwoerner@raslg.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank N.A. as trustee  on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates, Series 2006-CH1 kborger@raslg.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank N.A. as trustee  on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH1 Asset Backed Pass-Through Certificates, Series 2006-CH1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Loss Mitigation Select Portfolio Servicing  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven A. Serna | on behalf of Debtor Nora E. Cucalon bk@sernaesq.com serna.stevenb104458@notify.bestcase.com;serna.stevenr107359@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7